IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRAND DESIGN COMPANY, INC.**, <br> Plaintiff, <br><br> v. <br><br> **RITE AID CORPORATION, NAME RITE, LLC, SWAY CREATIVE LABS, LLC, GA COMMUNICATIONS, INC., d/b/a PURERED CREATIVE, LLC, AND BURNS GROUP, NYC, LLC,** <br> Defendants. | **CIVIL ACTION** <br><br><br><br> **NO. 22-1174** |

## O R D E R

**AND NOW**, this 3rd day of August, 2022, upon consideration of Defendant Sway Creative Labs, LLC's ("Sway") Motion to Dismiss (ECF No. 27), Plaintiff's Opposition thereto (ECF No. 49), and Sway's Reply (ECF No. 58), it is **HEREBY ORDERED THAT** Sway's Motion is **GRANTED**. Plaintiff's claims against Sway are **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**