IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRAND DESIGN COMPANY, INC. d/b/a HOUSE INDUSTRIES,**<br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**RITE AID CORPORATION, SWAY CREATIVE LABS, LLC, GA COMMUNICATIONS, INC. d/b/a PURERED CREATIVE, LLC, AND BURNS GROUP NYC, LLC,**<br>　　　　　**Defendants.** | CIVIL ACTION<br><br><br><br>NO.  22-1174 |

**O R D E R**

**AND NOW**, this 2nd day of June, 2023, upon consideration of Plaintiff's Motion to Dismiss Defendant Rite Aid's Counterclaims (ECF No. 97), Defendant Rite Aid's Response in Opposition (ECF No. 101), and the Reply thereto (ECF No. 105), **IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss is **GRANTED**.  Rite Aid's Counterclaims **are HEREBY DISMISSED.**

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　*/s/ Wendy Beetlestone*　　　　　　　
　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**