IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRAND DESIGN COMPANY, INC. d/b/a HOUSE INDUSTRIES,**<br>    **Plaintiff,**<br><br>   v.<br><br>**RITE AID CORPORATION, SWAY CREATIVE LABS, LLC, GA COMMUNICATIONS, INC., d/b/a PURERED CREATIVE, LLC, and BURNS GROUP, NYC, LLC,**<br>    **Defendants.** | CIVIL ACTION<br><br><br>NO.  22-1174 |

## O R D E R

**AND NOW**, this 18th day of March, 2024:

1. Upon consideration of Plaintiff's Motions for Partial Summary Judgment (ECF Nos. 141, 142, 143), Defendants' responses (ECF No. 162, 172, 176), and Plaintiff's replies (ECF No. 170, 188, 189), **IT IS HEREBY ORDERED** that the Motions are **DENIED**.

2. Upon consideration of Defendant Sway's Motion for Summary Judgment (ECF No. 138), Plaintiff's response (ECF No. 173), and Defendant's reply (ECF No. 190), **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**.  Specifically:

    a. The Motion is **GRANTED** as to Plaintiff's claim for unjust enrichment, which is **DISMISSED WITH PREJUDICE**.

    b. The Motion is **DENIED** in all other respects.

3. Upon consideration of Defendant PureRED's Motion for Summary Judgment (ECF No. 214), Plaintiff's response (ECF No. 219), and Defendant's reply (ECF No. 223), **IT IS**

   **HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**.  Specifically:

   a. The Motion is **GRANTED** as to Plaintiff's claim for unjust enrichment, which is **DISMISSED WITH PREJUDICE**.

   b. The Motion is **DENIED** in all other respects.

4. Upon consideration of Plaintiff's unopposed Motions to Seal (ECF Nos. 158, 198, 222, 228), **IT IS HEREBY ORDERED** that the Motions are **GRANTED**.

5. Upon consideration of Defendant PureRED's unopposed Motion to Seal (ECF No. 228), **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**.  Specifically:

   a. The Motion is **GRANTED** with insofar as it seeks to seal filings related to PureRED's mooted summary judgment briefing (ECF Nos. 146, 149, 174, 175, 179, 180, 192, 201, 202).

   b. The Motion is **DENIED** in all other respects.

6. ECF Nos. 191 and 200 are **DENIED AS MOOT**.

                                                          BY THE COURT:

                                                          /s/Wendy Beetlestone, J.

                                                          _____
                                                          **WENDY BEETLESTONE, J.**