IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRAND DESIGN COMPANY, INC. d/b/a HOUSE INDUSTRIES,**     **Plaintiff,**  v.  **RITE AID CORPORATION, SWAY CREATIVE LABS, LLC, GA COMMUNICATIONS, INC., d/b/a PURERED CREATIVE, LLC, and BURNS GROUP, NYC, LLC,**     **Defendants.** | **CIVIL ACTION**  **NO. 22-1174** |

**O R D E R**

**AND NOW**, this 30th day of April, 2025, upon receipt of Defendant Rite Aid Corporation's Notice of Permanent Injunction and Discharge (ECF No. 258), **IT IS HEREBY ORDERED** that the Clerk of Court shall **TERMINATE** the "Reorganized Debtors," including Defendant Rite Aid Corporation, in accordance with said Notice.

The Clerk shall **TERMINATE** this case and mark it as **CLOSED.**

BY THE COURT:

S/ WENDY BEETLESTONE
_____
**WENDY BEETLESTONE, J.**